IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00019-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RICHARD HARRISON GARRETT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Continue Plea Deadline [Doc. 30].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 30] is **GRANTED**, and the deadline for the filing of a plea agreement in this case is **EXTENDED** to **12:00 p.m. on December 29, 2014**. No further extensions of this deadline will be allowed.

**IT IS SO ORDERED**.

Signed: December 19, 2014

Martin Reidinger
United States District Judge